FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

9-25-2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL DEON WOULARD
ERICA JORDAN PATRICK

CASE NO. 3:24-cr-206-MMH-PDB
18 U.S.C. § 1951
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges:

At all times material to this Indictment:

1. Value Pawn and Jewelry, located at 905 Edgewood Avenue N, Jacksonville, Florida 32254, was an entity that operated in, and affected, interstate commerce.

2. Kay Jewelers, located at 11770 Atlantic Blvd, Ste. 101, Jacksonville, Florida, 32225, was an entity that operated in, and affected, interstate commerce.

3. Kay Jewelers, located at 2400 NE 49th Terrace, Bldg. 500, Ocala, Florida, 34470, was an entity that operated in, and affected, interstate commerce.

## COUNT ONE
### (Hobbs Act Robbery)

On or about October 10, 2023, in the Middle District of Florida, and elsewhere, the defendant,

MICHAEL DEON WOULARD,

did knowingly, in any way and degree, obstruct, delay, and affect commerce as that term is defined in 18 U.S.C. § 1951(b)(3), and the movement of any article and commodity in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), that is, by knowingly and unlawfully taking and obtaining personal property consisting of jewelry of Value Pawn and Jewelry in Jacksonville, Florida, from the person and in the presence of another, that is, an employee of Value Pawn, against the employee's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person.

In violation of 18 U.S.C. §§ 1951(a) and 2.

## COUNT TWO
### (Hobbs Act Robbery)

On or about November 25, 2023, in the Middle District of Florida, the defendants,

MICHAEL DEON WOULARD, and
ERICA JORDAN PATRICK,

did knowingly, in any way and degree, obstruct, delay, and affect commerce as that term is defined in 18 U.S.C. § 1951(b)(3), and aid and abet the same, and the movement of any article and commodity in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), that is, by knowingly and unlawfully taking and obtaining personal property consisting of jewelry of Kay Jewelers in Jacksonville, Florida, from the person and in the presence of another, that is, an employee of Kay

2

Jewelers, against the employee's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person.

In violation of 18 U.S.C. §§ 1951(a) and 2.

## COUNT THREE
### (Displaying a Firearm in Furtherance of a Violent Crime)

On or about November 25, 2023, in the Middle District of Florida, the defendant,

MICHAEL DEON WOULARD,

did knowingly use, carry, and brandish a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a Court of the United States, specifically, robbery affecting commerce, as alleged in Count Two above; Count Two being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT FOUR
### (Hobbs Act Robbery)

On or about February 20, 2024, in the Middle District of Florida, the defendants,

MICHAEL DEON WOULARD, and
ERICA JORDAN PATRICK,

did knowingly, in any way and degree, obstruct, delay, and affect commerce as that term is defined in 18 U.S.C. § 1951(b)(3), and aid and abet the same, and the movement of any article and commodity in such commerce, by robbery, as that term

3

is defined in 18 U.S.C. § 1951(b)(1), that is, by knowingly and unlawfully taking and obtaining personal property consisting of jewelry of Kay Jewelers in Ocala, Florida, from the person and in the presence of another, that is, an employee of Kay Jewelers, against the employee's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person.

In violation of 18 U.S.C. §§ 1951(a) and 2.

## COUNT FIVE
### (Displaying a Firearm in Furtherance of a Violent Crime)

On or about February 20, 2024, in the Middle District of Florida, the defendant,

MICHAEL DEON WOULARD,

did knowingly use, carry, and brandish a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a Court of the United States, specifically, robbery affecting commerce, as alleged in Count Four above; Count Four being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii)

## FORFEITURE

1. The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1951, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. Upon conviction of a violation of 18 U.S.C. 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Kirwinn Mike
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

6

FORM OBD-34
9/25/24 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL DEON WOULARD
ERICA JORDAN PATRICK

## INDICTMENT

Violations:  18 U.S.C. § 1951
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

A true bill,

_____
Foreperson

Filed in open court this 25th day

of September, 2024.

_____
Clerk

Bail  $_____

GPO 863 525